**Order entered March 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00872-CV

**HENRY PHILIP CASTILLON, Appellant**

**V.**

**MICHELLE MISSY MORGAN, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-54113-2010**

## ORDER

On the Court's own motion, we **ORDER** the court reporter to file by April 3, 2015 a supplemental reporter's record containing Respondent's Exhibit 9. We **DIRECT** the Clerk of this Court to send a copy of this order to Indu Bailey, Official Court Reporter of the 219th District Court.

/s/    LANA MYERS
        PRESIDING JUSTICE